## MILLENNIUM DENTAL TECHNOLOGIES, INC., Plaintiff–Appellant,

v.

## FOTONA D.D., Defendant–Appellee.

### No. 2010–1428.

United States Court of Appeals, Federal Circuit.

June 22, 2011.

Philip J. Graves, Graves & Walton LLP, Los Angeles, CA, for Defendant–Appellee.

James S. Azadian, Enterprise Counsel Group, Irvine, CA, for Plaintiff–Appellant.

Before GAJARSA, MAYER, and PROST, Circuit Judges.

## ORDER

## ON MOTION

GAJARSA, Circuit Judge.

Millennium Dental Technologies, Inc. (Millennium) moves for a stay, pending disposition of this appeal, of the district court's September 30, 2010 Order and February 7, 2011 contempt proceedings. Fotona D.D. (Fotona) opposes.[1] Millennium moves for leave to file a reply.

The power to stay an injunction pending appeal is part of a court's " 'traditional equipment for the administration of justice.' " *Nken v. Holder,* —— U.S. ——, 129 S.Ct. 1749, 1757, 173 L.Ed.2d 550 (2009) (citing *Scripps–Howard Radio, Inc. v. FCC,* 316 U.S. 4, 9–10, 62 S.Ct. 875, 86 L.Ed. 1229 (1942)). A stay, however, is not a matter of right but instead an exercise of judicial discretion. *Nken,* 129 S.Ct. at 1761. The party requesting a stay bears the burden of showing that the circumstances, justify an exercise of that discretion based on consideration of four factors, the first two of which are the most critical: (1) whether the stay applicant has made a strong showing that he is likely to succeed on the merits; (2) whether the applicant will be irreparably injured absent a stay; (3) whether issuance of the stay will substantially injure the other parties interested in the proceeding; and (4) where the public interest lies. *Hilton v. Braunskill,* 481 U.S. 770, 776, 107 S.Ct. 2113, 95 L.Ed.2d 724 (1987).

Based on the arguments in the motions papers, and without prejudicing the ultimate disposition of this case by a merits panel, we determine that Millennium has met its burden to obtain a stay of the district court's September 30, 2010 Order enforcing a settlement agreement between the parties.

Accordingly,

IT IS ORDERED THAT:

The motions are granted.

---

1. This court previously issued an order stating "[t]he district court should hold in abeyance its contempt proceedings, pending this court's ruling on the motion to stay."